

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 22, 2025**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-33259-mvl7 |
| AMO TX 1, LLC | § | |
| | § | Chapter 7 |
| Debtor. | § | |

### ORDER GRANTING MOTION FOR RELIEF FROM THE STAY
### AGAINST DEBTOR REGARDING COLLATERAL

On December 26, 2024, a Motion for Relief from the Stay Against Debtor Regarding Collateral (the "Motion") was filed by The American National Bank of Texas (the "ANB") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days (January 9, 2025) or the Motion would be deemed by the Court to be unopposed. The Court finds that the objection filed was filed by Tarrant County, on behalf of itself and the City of Fort Worth, Keller I.S.D., Tarrant County Hospital District, Tarrant County College District, and Tarrant Regional Water District (collectively, the "Taxing Authorities") (See Doc. No. 19). No other objection or other written

response to the Motion has been timely filed by any other party. ANB and the Taxing Authorities have agreed to terms of the relief requested and the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion is hereby **GRANTED** so as to authorize and permit ANB, its agents, representatives, successors, and assigns, to immediately enforce of all of its rights and remedies available under its loan documents and applicable federal and state law, including the immediate termination of the automatic stay of 11 U.S.C. 362(d), allowing for the acceleration of the Loans, repossession and foreclosure of the Collateral, to permit contact with the Debtor by telephone or written correspondence related to such activities, and to pursue any additional state law remedies to the exclusion of Debtor because the Debtor lacks equity in the Collateral or, alternatively, because the collateral is not necessary or essential to a reorganization by the Debtor;

**IT IS FURTHER ORDERED** that the automatic stay of 11 U.S.C. 362(d) is also terminated as to the Taxing Authorities with respect to the Collateral and the Taxing Authorities may, in their discretion, proceed under applicable non-bankruptcy law to enforce its rights, if any, with respect to the repossession, transfer, foreclosure, and/or disposition of the Collateral;

**IT IS FURTHER ORDERED** that in the event any of the Collateral is repossessed and/or sold by or on behalf of ANB, the Taxing Authorities shall be paid their ad valorem property taxes incident to the subject Collateral from the first sales proceeds generated from the sale of the Collateral prior to any disbursement to any other person or entity  The ad valorem tax liens shall attach to the sale proceeds in the same priority as such liens maintain against the subject Collateral until such time as said taxes are paid.  Nothing herein shall be deemed an agreement by, or obligation of, ANB to pay any amount owing on the taxes excepting a payment from the proceeds of

the sale of the Collateral, if any;

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

**ORDERED** that the Motion is **GRANTED.**

# # # End of Order # # #

Agreed:

*/s/ Michael P. Menton*
Michael P. Menton
Texas Bar I.D. 24046427
*mmenton@settlepou.com*

Ryan A. Sheets
Texas Bar I.D. 24131661
*rsheets@settlepou.com*

SettlePou
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
(214) 520-3300
(214) 526-4145 (Facsimile)

ATTORNEYS FOR
THE AMERICAN NATIONAL
BANK OF TEXAS

Agreed:

*/s/ Sherrel K. Knighton*
Sherrel K. Knighton
Texas Bar I.D. 00796900
*Sherrel.Knighton@lgbs.com*

Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue, Suite 800
Dallas, TX 75219
(214) 880-0089
(469) 221-5003 (Facsimile)

ATTORNEYS FOR TAXING AUTHORITIES